Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12506-AMC**

Nathan Miller
605 Foster Road
Cheltenham  PA      19012

Petition Filed Date: 07/21/2024
341 Hearing Date: 08/30/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE  »» 001 | Secured Creditors | $4,216.06 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION  »» 002 | Unsecured Creditors | $92,842.61 | $0.00 | $0.00 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $2,401.46 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)  »» 04P | Priority Crediors | $14,107.45 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)  »» 04U | Unsecured Creditors | $46,530.69 | $0.00 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC  »» 005 | Secured Creditors | $961.48 | $0.00 | $0.00 |
| 7 | BERKHEIMER TAX ADMINISTRATOR  »» 006 | Unsecured Creditors | $1,261.26 | $0.00 | $0.00 |
| 8 | WESTLAKE FINANCIAL SERVICES  »» 007 | Unsecured Creditors | $62,887.74 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS NATIONAL BANK  »» 008 | Unsecured Creditors | $12,342.50 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12506-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $200.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.