November 26, 2024

To: United States Bankruptcy Court

Eastern District of Pennsylvania

From: Nathan Miller **(Case 24 -12506 – amc)**

Re: Responding to Motion of Relief:

Santander Consumer USA

    This is an attempt to stop the motion for relief against Nathan Miller filed by Santander Consumer USA. My payments to Santander have been temporarily interrupted due to pending funding on completed contracts that I am waiting for payment. Funding from companies I do contract work for can sometimes take up to 90 days before payments are issued to me. I contacted Santander and made payment arrangements with them. I will submit a payment to Santander on November 26th 2024.

Thank You,

Nathan Miller.

