United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 24-12506-amc
Nathan Miller                                                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                        Page 1 of 2
Date Rcvd: Feb 06, 2025                       Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                 Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

**Recip ID           Recipient Name and Address**
db                      #+  Nathan Miller, 605 Foster Road, Cheltenham, PA 19012-1619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name                               Email Address**
DENISE ELIZABETH CARLON
                                             on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com

MICHELLE LEE
                                             on behalf of Debtor Nathan Miller bky@dilworthlaw.com

SCOTT F. WATERMAN [Chapter 13]
                                             ECFMail@ReadingCh13.com

United States Trustee
                                             USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                                             on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 1 |

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: NATHAN MILLER | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) |
| **Moving Party** | ) Case No.: 24-12506 (AMC) |
| | ) |
| v. | ) |
| | ) **Hearing Date: 12-11-24 at 11:00 AM** |
| NATHAN MILLER | ) |
| **Respondent(s)** | ) 11 U.S.C. 362 |
| | ) |
| SCOTT F. WATERMAN | ) |
| **Trustee** | ) |

## (AMENDED) ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 20, 2025 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: February 6, 2025**