May, 16th 2025

Nathan Miller

<u>Debtor(s)</u>            No.24-12506 AMC

VS.

AmeriHome Mortgage Company, LLC

<u>Moving Party</u>

## OBJECTION TO THE ENTRY OF THE PROPOSED RELIEF ORDER

I am objecting to the Proposed Relief order in this case.

| | |
|---|---|
| Name: Nathan Miller | Attorney: Michelle Lee |
| Address: 605 Foster Road | Dilworth Paxson |
| Cheltenham PA 19012 | 1500 Market Street Suite 3500 E |
| Telephone: 908-468-0105 | Philadelphia PA 19102 |

Email ADDRESS: [illegible]@gmail.com

Basis of my objection:

In my defense, I am working diligently to cure the default amount in the specified time frame given by AmeriHome Mortgage company, LLC. I currently have a roommate that I collect monthly payments from that aid in helping to satisfy my mortgage payments. Unfortunately, my roommate, Troy Ealey has neglected to make his monthly payments to me for occupancy at my home. He has not made the last eight months payments to current month. Therefore, I have filed the necessary documents to the courts to have Troy Ealey removed from my home because he wound not voluntarily vacate my premise.

I have two opportunities to rectify the bankruptcy stipulation. One, I have someone willing to help pay up the defaulted amount upon getting Troy Ealey removed from my house. Two, I was considering selling the house.

I ask the courts to grant me ample time to rectify this unfortunate situation.