United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12506-amc |
| Nathan Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nathan Miller, 605 Foster Road, Cheltenham, PA 19012-1619 |
| 14911543 | + | AMERIHOME MORTGAGE COMPANY, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14917695 | + | Berkheimer, Agent for Cheltenham Twp SD/Cheltenham, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14908344 | | PA Department of Revenue, PO Box 280427, Harrisburg, PA 17128-0427 |
| 14944186 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14908351 | + | US Attorney General, Ben Franklin Station, po box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 04 2025 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bk@szjlaw.com | Jul 04 2025 00:01:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| 14908332 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 04 2025 00:02:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14911314 | ^ | MEBN | Jul 03 2025 23:58:57 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14908331 | + | Email/PDF: bncnotices@becket-lee.com | Jul 04 2025 00:11:55 | America Express Business Platinum Card, PO Box 6031, Carol Stream, IL 60197-6031 |
| 14918813 | | Email/PDF: bncnotices@becket-lee.com | Jul 04 2025 00:12:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14908334 | | Email/Text: dltlegal@hab-inc.com | Jul 04 2025 00:02:00 | Berkheimer, PO Box 25144, Lehigh Valley, PA 18002 |
| 14908333 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 04 2025 00:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14928777 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 04 2025 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14925250 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 04 2025 00:02:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14908336 | + | Email/Text: BKPT@cfna.com | Jul 04 2025 00:01:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14908335 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 04 2025 00:02:09 | Caine & Weiner, 12005 Ford Road, Suite 300, |

Case 24-12506-amc    Doc 61    Filed 07/05/25    Entered 07/06/25 00:33:31    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Dallas, TX 75234-7262 |
| 14908337 | + | Email/PDF: ais.chase.ebn@aisinfo.com Jul 04 2025 00:01:17 | | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14908338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 04 2025 00:12:38 | | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14908339 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 04 2025 00:02:00 | | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14908340 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 04 2025 00:02:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14908343 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 04 2025 00:12:49 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14909981 | | Email/Text: mrdiscen@discover.com Jul 04 2025 00:01:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14908341 | + | Email/Text: mrdiscen@discover.com Jul 04 2025 00:01:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14924080 | + | Email/Text: RASEBN@raslg.com Jul 04 2025 00:01:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14926996 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 04 2025 00:02:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14908345 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2025 00:02:00 | | PA Dept' of Revenue, Department 280946, Attn: Lien Section, Harrisburg, PA 17128-0946 |
| 14909474 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2025 00:02:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14908347 | + | Email/Text: bankruptcynotices@sba.gov Jul 04 2025 00:02:00 | | SBA, Philadelphia District Office, Attn: District Counsel, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 14908346 | + | Email/Text: enotifications@santanderconsumerusa.com Jul 04 2025 00:02:00 | | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14908348 | + | Email/Text: bankruptcy@sunrisecreditservices.com Jul 04 2025 00:02:00 | | Sunrise Credit Services, PO Box 9004, Melville, NY 11747-9004 |
| 14930242 | + | Email/PDF: acg.acg.ebn@aisinfo.com Jul 04 2025 00:00:53 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14908349 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 04 2025 00:12:44 | | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 14909613 | | Email/Text: EDBKNotices@ecmc.org Jul 04 2025 00:01:00 | | U.S. Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14908350 | + | Email/Text: BAN5620@UCBINC.COM Jul 04 2025 00:01:00 | | United Collection Bureau, Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 14908353 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com Jul 04 2025 00:12:07 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14918000 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Jul 04 2025 00:12:12 | | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |
| 14908354 | ^ | MEBN Jul 03 2025 23:58:40 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14908342 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Jul 04 2025 00:02:00 | | irs, po box 7346, Philadelphia, PA 19101-7346 |
| 14908352 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov Jul 04 2025 00:02:00 | | us attorneys office, 615 chestnut street, 12th floor, |

Philadelphia, PA 19106-4490

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC ekishbaugh@kmllawgroup.com

MICHELLE LEE
    on behalf of Debtor Nathan Miller bky@dilworthlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Nathan Miller | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 24-12506 |
| | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

      6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated:  July 3, 2025

_____
United States Bankruptcy Judge

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: May 14, 2025                              _____

UNITED STATES BANKRUPTCY JUDGE